**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 11-cv-02735-LTB-BNB

JAMES A. COX, a Tennessee resident,

    Plaintiff,

v.

ROADRUNNER TRANSPORTATION SERVICES, INC., a Delaware corporation, and
ABDIKARIN S. OMAR, a Colorado resident,

    Defendants.

---

ORDER RE STIPULATED MOTION RE: DEFENDANT ROADRUNNER'S MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

    THIS COURT, having reviewed the parties' Stipulated Motion Re Motion to Transfer Case to the United States District Court for the Western District of Tennessee, Western Division [Doc. No. 14], and being fully informed in the premises, hereby

    GRANTS the stipulated motion. Pursuant to 28 U.S.C. §§ 1391 and 1404, this matter is ORDERED TRANSFERRED to the United States District Court for the Western District of Tennessee, Western Division. The Clerk of the Court is hereby directed to initiate transfer of this matter as of the date of this Order.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: December 28, 2011